1  Ross E. Lampe, Esq. (SBN: 172336)
2  Michael A. Felsted, Esq. (SBN: 227627)
   MURO & LAMPE, INC.
3  75 Iron Point Circle, Suite 155
   Folsom, CA 95630
4  Telephone: (916) 817-6300
5  Facsimile: (916) 817-6355

6  Attorneys for Defendant:
   DELTA SCRAP & SALVAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| VICTOR CORREIA, | Case No.: C 14-0 4504 DMR |
| Plaintiff, | [PROPOSED] ORDER (AS MODIFIED) |
| vs. | |
| THE NATIONAL RAILROAD PASSENGER CORPORATION d/b/a Amtrak, a District of Columbia corporation; DELTA SCRAP & SALVAGE, INC., a California corporation; and DOES 1 through 40, inclusive, | |
| Defendants. | |

THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU RTE HEREBY ORDERS THE FOLLOWING:

Pursuant to the Defendant, DELTA SCRAP & SALVAGE, INC.'S request to appear telephonically for the January 7, 2015 Case Management Conference, the Request is hereby GRANTED. Counsel for Defendant Delta Scrap & Salvage, Inc. must follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

It is so ORDERED.

DATED: 12/24/14

_____
DONNA M. RYU
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

---

1
[PROPOSED] ORDER – Case No.: C 14-0 4504 DMR

## PROOF OF SERVICE

1. I am over the age of 18 and not a party to this cause. I am employed in the county where the mailing occurred. The following facts are within my first-hand and personal knowledge and if called as a witness, I could and would testify thereto.

2. My business address is: 75 Iron Point Circle, Suite 155, Folsom, CA 95630

3. I served the foregoing documents: [PROPOSED] ORDER on each person named below by enclosing a true copy in an envelope addressed as shown in Item 5:

   a. ____ Depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

   b. _X_ Placing the sealed envelope with postage prepaid for collection and mailing on the date and in Suite 155 of the place shown in Item 4 following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. In the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in the place shown in Item 4.

   c. ____ By Personal Service - I delivered by hand to the offices of the addressee following ordinary business practices during ordinary business hours.

   d. ____ By Fax - A copy of said document was also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1011.

4. a. Date of Deposit:   December 24, 2014

   b. Place of Deposit:  75 Iron Point Circle, Suite 155
                         Folsom, CA 95630

5. Name and address of each person served:

   SEE SERVICE LIST

_X_ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 24, 2014, at Folsom, California.

____AMBER WARREN____          _____
(TYPE OR PRINT NAME)          (SIGNATURE OF DECLARANT)

1

Correia vs. Delta Scrap & Salvage

## PROOF OF SERVICE

| Counsel for Plaintiff: VICTOR CORREIA | Counsel for Plaintiff: VICTOR CORREIA |
|---|---|
| Brian S. Kabateck, Esq.<br>Joseph M. Barrett, Esq<br>Benjamin S. Hakimfar, Esq.<br>Kabateck Brown Kellner, LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>Tel: (213) 217-5000<br>Fax: (213) 217-5010 | Bobby Saadian, Esq.<br>Wilshire Law Firm, PLC<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90010<br>Tel: (213) 381-9988<br>Fax: (213) 381-9989 |
| **Counsel for Defendant: NATIONAL RAILROAD PASSENGER CORPORATION**<br>B. Clyde Hutchinson, Esq.<br>Vincent Castillo, Esq.<br>Liza Siu Mendoza, Esq.<br>Lombardi, Loper & Conant, LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541<br>Tel: (510) 433-2600<br>Fax: (510) 433-2699 | |