UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CORREIA,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>Defendants. | Case No. 14-cv-04504-DMR<br><br>**ORDER ON MOTION TO WITHDRAW; ORDER DIRECTING PLAINTIFF TO APPEAR IN PERSON ON 7/23/2015**<br><br>Re: Dkt. No. 41 |

The court has received Plaintiff's counsel's motion to withdraw as counsel. [Docket No. 41.] In their declarations in support of the motion, attorneys Terry R. Bailey and Daniel B. Miller state that they "cannot adequately represent Plaintiff due to significant communication issues," and that they will provide more detail about these issues with Plaintiff Victor Correia "in a supplemental in camera filing if the Court so desires." (Bailey Decl., May 19, 2015, ¶ 2; Miller Decl., May 19, 2015, ¶ 2.) Given the nature of the motion to withdraw and the fact that such supplemental information may include attorney-client privileged communications, the court finds that it is appropriate for Plaintiff's counsel to submit supplemental information in camera and ex parte. Therefore, Plaintiff's counsel shall lodge with chambers, but not file, detailed declarations supporting the motion to withdraw by **no later than May 29, 2015**.

**The court also orders Plaintiff to appear in person on July 23, 2015 at 11:00 a.m. at the hearing on the motion to withdraw**. Plaintiff's counsel must make their best efforts to serve this order on Plaintiff at all of his known addresses, including email addresses, and shall also serve any contacts known to counsel, including Plaintiff's family and friends. Counsel shall file a proof

1  of service of this order by May 29, 2015.

3  **IT IS SO ORDERED.**

4  Dated: May 21, 2015



Donna M. Ryu
United States Magistrate Judge