|||
|---|---|
| VICTOR CORREIA,<br>              Plaintiff,<br>    v.<br>THE NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br>              Defendants. | Case No. 14-cv-04504-DMR<br><br>**ORDER TO FILE PROOF OF SERVICE** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

On May 19, 2015, Plaintiff's counsel filed a motion to withdraw as counsel of record. On May 21, 2015, the court ordered Plaintiff to appear in person on July 23, 2015 at the hearing on the motion to withdraw, and directed counsel to make their best efforts to serve that order on Plaintiff at all known addresses. [Docket No. 42.] The court also ordered counsel to file a proof of service of the May 21, 2015 order by May 29, 2015. Counsel has not done so. **By no later than 3:00 p.m. on July 20, 2015, Plaintiff's counsel shall file proof of service of the May 21, 2015 order on Plaintiff.**

**IT IS SO ORDERED.**

Dated: July 20, 2015



Donna M. Ryu
United States Magistrate Judge

