Ross E. Lampe, Esq. (SBN: 172336)
Michael A. Felsted, Esq. (SBN: 227627)
MURO & LAMPE, INC.
75 Iron Point Circle, Suite 155
Folsom, CA  95630
Telephone: (916) 817-6300
Facsimile: (916) 817-6355

Attorneys for Defendant:
DELTA SCRAP & SALVAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR CORREIA, | Case No.:  C 14-0 4504 DMR |
| Plaintiff, | **ORDER (AS MODIFIED)** |
| vs. | |
| THE NATIONAL RAILROAD PASSENGER CORPORATION d/b/a Amtrak, a District of Columbia corporation; DELTA SCRAP & SALVAGE, INC., a California corporation; and DOES 1 through 40, inclusive, | |
| Defendants. | |

THE HONORABLE MAGISTRATE JUDGE DONNA M. RYU HEREBY ORDERS THE FOLLOWING:

Pursuant to Delta Scrap & Salvage, Inc.'s request to appear telephonically for the October 8, 2015 hearing on Plaintiff's Order to Show Cause, the Request is hereby GRANTED.  Counsel for Delta Scrap & Salvage must follow the protocol set fort in the attached Notice re: Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

It is so ORDERED.

Dated:  September 16, 2015

_____
DONNA M. RYU
United States Magistrate Judge

1
ORDER
Case Number: C 14-04504 DMR